IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA A. WILLIAMS                           :

    Plaintiff

v                                            Civil Action No. PJM-01-1314

GIANT FOOD, INC., *et al.*

    Defendants                             :

oOo

# ORDER

Defendants filed a bill of costs in the above-captioned case on April 23, 2003, after summary judgment was granted in their favor on April 18, 2003. Paper No. 74. Plaintiff appealed the decision and the case was remanded for further proceedings on June 14, 2004. Paper No. 78. Defendants filed another bill of costs filed October 4, 2005, following the court's decision granting summary judgment in their favor on September 20, 2005. Paper No. 163. The court's decision was again appealed to the Fourth Circuit Court of Appeals and a judgment affirming the decision was issued on January 10, 2007. Paper No. 167. Following the decision of the Fourth Circuit, defendants filed a third bill of costs on February 2, 2007. Paper No. 169. Each of the requested costs will be addressed below.

<u>First Bill of Cost</u>

Defendants seek a total of $1,673.45 in costs for hearing transcripts, deposition transcripts and copies of documents relating to the court's first decision granting summary judgment in their favor. Papers No. 73 and 74.

The clerk may tax the cost of a trial or hearing transcript if: I) it was needed for an appeal; ii) it was ordered or requested by a judge; or iii) it was prepared after the parties agreed that the

cost would be taxed. Merely noting the filing a transcript does not show that these criteria have been met.

Defendants submit costs in the amount of $339.00 for a transcript of a hearing held on December 10, 2001. Paper No. 74. A review of the docket reflects a motions hearing took place on December 11, 2001, at which defendants' motion to dismiss was granted in part and denied in part. *See* Paper No. 27. Defendants offer no explanation why they believe they are entitled to the costs of the transcript and, in any event, the submitted receipt for the cost does not reflect the per-page rate billed. Paper No. 74 at Ex. 3, p. 1. As it cannot be discerned whether the per-page cost is reasonable, the request s denied.

Defendants seek $186.00 for a transcript of a hearing held on August 19, 2002, at which Judge Messitte suggested that the parties obtain a transcript in order to comply with discovery guidelines outlined at the hearing.[1] Paper No. 74. The transcript is 62 pages long and is billed at a per-page rate of $3.00. *Id.* at Ex. 3, p. 2. The rate requested is reasonable and the requested cost are taxed.

The cost of deposition transcripts may be taxed by a judge if reasonably necessary to the party's case in light of the particular situation existing at the time of taking. In this district, however, the clerk's authority to tax the cost of a deposition is limited to: 1) depositions of parties; ii) depositions of persons who testify at trial; iii) depositions admitted into evidence; and iv) depositions which are submitted in connection with the event which terminated the litigation. The clerk does not tax the costs of depositions taken for the purpose of discovery or trial

---

[1] Defendants submit a portion of the hearing transcript reflecting the Judge's directive. Because the Judge directed purchase of the transcript, it is an item subject to an award of cost.

preparation.

The costs billed include the deposition transcript of David White, defendants' corporate designee, and the deposition transcript of plaintiff. Paper No. 74 at p. 3; Ex. 3, pp. 3–4. The deposition of plaintiff is taxable but the receipt submitted does not reflect the per-page rate billed; therefore, the requested cost of $542.70 must be denied. The costs for the deposition of David White is taxable. The copy of the deposition transcript of David White is billed at a per-page rate of $2.50 for a 128 page document. *Id*. at p. 4. In this district the rate for a copy of a deposition transcript is $1.25 per page; therefore, the cost is billed at the reduced rate for a total of $271.35.

Defendants also seek costs for copies of documents in the amount of $285.75. Paper No. 74 at pp. 6–10. In this district the clerk will tax only the cost of copies which are provided to the court as exhibits or which are required to be filed with the court or served on opposing counsel. Taxation does not include the cost of original papers nor of copies retained by the party. The clerk will not tax the copy costs of discovery documents, copies retained by counsel for counsel's use, copies provided to clients, or copies submitted to the court in excess of those required by Local Rule 105.1.

Defendants seek costs for copies of a Motion for Leave to file a Surreply and a Surreply to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Entry of Default Judgment and Sanctions. Paper No. 74 at p. 7. The two documents were electronically filed and were not required to be filed in paper format for the court pursuant to Local Rule 105.1 *See* Paper No. 66. Accordingly, these costs are denied.

Defendants seek costs for copies of documents entitled Notice of Deposition and

Subpoena for Linda Williams (6 pages), Revised Notice of Deposition for Linda Williams (2 pages) and Second Revised Notice of Deposition of Linda Williams (2 pages). Paper No. 74 at p. 7. The costs of discovery documents are not taxable by the Clerk and are hereby denied.

The remaining costs for copies are related to documents which required paper copies to be filed with the Court. *Id.* at pp. 6– 7. For copies of pleadings, the prevailing party is entitled to the costs of two copies of the pleading and three copies of the exhibits filed in conjunction with the pleading. Defendants have included in their requested costs three copies of every document with exhibits included in the number of pages requested. *Id.* The following chart reflects the costs that are taxable by the Clerk ($ 227.10); the remaining costs sought are denied.

| Document | No. of Pages in pleading | Exhibit Pages | Total Pages | Total Taxed (pages x $0.15) |
| --- | --- | --- | --- | --- |
| motion to reassign (Paper No. 6) | 8 x 2 copies = 16 | 28 x 3 copies = 84 | 80 pages | $12.00 |
| motion to dismiss (Paper No. 7) | 43 x 2 copies = 86 | 1 x 3 copies = 3 | 89 pages | $13.35 |
| motion to strike (Paper No. 9) | 9 x 2 copies = 18 | zero | 18 pages | $2.70 |
| motion to dismiss (Paper No. 10) | 10 x 2 copies = 20 | zero | 20 pages | $3.00 |
| reply to opposition (Paper No. 22) | 26 x 2 copies = 52 | zero | 52 pages | $7.80 |
| reply to opposition (Paper No. 23) | 22 x 2 copies = 44 | 24 x 3 copies = 72 | 116 pages | $17.40 |
| opposition to motion for appropriate relief (Paper No. 31) | 3 x 2 copies = 6 | zero | 6 pages | $0.90 |
| motion to dismiss (Paper No. 33) | 21 x 2 copies = 42 | 9 x 3 copies = 27 | 69 pages | $10.35 |
| reply to motion for summary judgment (Paper No. 38) | 22 x 2 copies = 44 | 39 x 3 copies = 117 | 161 pages | $24.15 |

| | | | | |
|---|---|---|---|---|
| reply/ supplemental opposition (Paper No. 44) | 20 x 2 copies = 40 | zero | 40 pages | $6.00 |
| emerg. motion prot. order (Paper No. 52) | 17 x 2 copies = 34 | 39 x 3 copies = 117 | 151 pages | $22.65 |
| reply pl. opp to emerg. motion (Paper No. 56) | 18 x 2 copies = 36 | 10 x 3 copies = 30 | 66 pages | $9.90 |
| motion summary judgment (Paper No. 59) | 26 x 2 copies = 52 | 154 x 3 copies = 462 | 514 pages | $77.10 |
| reply to opposition (Paper No. 63) | 24 x 2 copies = 48 | 16 x 3 copies = 48 | 96 pages | $14.40 |
| opposition to motion for default jt (Paper No. 64) | 18 x 2 copies = 36 | zero | 36 pages | $5.40 |
| **TOTAL** | xxxxxxxxxxxxxxxx | xxxxxxxxxxxxxxxx | **1514 pages** | **$227.10 taxed** |

## Second Bill of Cost

Plaintiff appealed the court's decision granting summary judgment in favor of defendants. The Fourth Circuit remanded the case. After the court again granted summary judgment in favor of defendants on September 20, 2005, defendants filed another bill of costs on October 4, 2005, seeking taxation of a hearing transcript, deposition transcripts and fees for copies of documents. Paper No. 163.

Defendants seek costs of $24.39 for a transcript of a hearing held before Judge Messitte on October 20, 2004. Paper No. 163 at Ex. A, pp. 4– 5. Defendants do not explain why a transcript of the hearing was necessary to the disposition of this case; therefore, the requested cost is denied.

Transcript costs are requested for the depositions of Diana Ackermann, Linda Williams, David White, Jeanette Young and Ira Kress. Paper No. 163 at p. 6; Ex. A at pp. 6– 12. The

deposition of Diana Ackermann was not relied upon in the motion for summary judgment and thus is not taxable by the Clerk.

The deposition transcript of Linda Williams, the plaintiff in this case, is taxable by the Clerk to the extent the costs requested are reasonable. Defendants seek $1,400.60 in costs for a deposition transcript taken November 17, 2004. The costs include $643.20 for the original transcript, $740.00 for a video tape, and $10.00 in postage and handling. Paper No. 163 at Ex. A, p. 7. The transcript is 192 pages long and the per-page rate allowed is $3.50; therefore, the amount of $672.00 shall be taxed. There is no explanation offered as to the necessity of the video taped deposition; therefore, the cost associated with it shall be denied. Costs associated with postage and handling are not taxable by the Clerk and are denied. Also billed is $356.60 in costs for Ms. Williams December 7, 2004, 96-page deposition transcript. *Id*. at p. 8. The cost shall be taxed at the rate of $3.50 per page, $336.00. The $35.00 correction and signature fee is not taxable by the Clerk and is denied.

The deposition transcript of David White was relied upon by defendants in their motion for summary judgment and is therefore taxable by the Clerk. *See* Paper No. 117 at Ex. 8. The deposition transcript is 113 pages long and billed at a rate of $2.25 for a copy of the transcript. Paper No. 163 at Ex. A, p. 9. The rate for a copy of a deposition transcript in this district is $1.25; therefore, the cost will be billed at $141.25. The $15.00 postage and handling fee and $12.00 fee for archiving are not taxable by the Clerk and will be denied.

Defendants seek costs for the deposition transcript of Jeanette Young in the amount of $154.75. Paper No. 163 at Ex. A, p. 10. The undersigned can find no reference to this deposition in any of the dispositive motions filed by defendants in the course of litigating this

6

case. Accordingly, the requested cost is denied.

The deposition of Ira Kress was relied upon by defendants in their motion for summary judgment and is taxable by the Clerk. *See* Paper No. 117 at Ex. 6. A copy of the Kress deposition, which is 170 pages long, is billed at a per-page rate of $2.05. Paper No. 163 at Ex. A, p. 11. As previously noted, the rate for a copy of a deposition transcript is $1.25 per page; therefore, the requested cost will be taxed at $212.50. The requested cost of $10.00 for shipping and handling is not taxable by the Clerk and will be denied. Defendants also seek costs for a deposition transcript for Ira Kress that is 235 pages in length and is billed at a per-page rate of $4.35. Paper No. 163 at Ex. A, p. 12. The rate for an original deposition transcript in this district is $3.50 per page. The requested cost will be taxed at $822.50. All remaining costs for postage, expedited delivery and archiving are denied.

Defendants seek costs totaling $242.85 for copies of documents served on plaintiff. Paper No. 163 at pp. 7–8. Costs associated with discovery documents are not taxable by the Clerk. With the exception of the costs billed for exhibits to defendants' motion for summary judgment, all of the requested costs for copies ($17.85) are for discovery documents and must be denied. Defendants seek $225.00 in costs for 750 pages of "exhibits in support of defendants motion for summary judgment which were filed under seal and/or were too voluminous to file via the electronic case management system." *Id* at p. 8. The per-page rate billed is $0.15 for two copies of the exhibits. The requested cost of $225.00 is granted.

7

<u>Third Bill of Costs</u>

Defendants seek costs in association with printing and reproducing its appellate brief and costs of obtaining copies of the summary judgment motions hearing transcript and oral opinion of this Court. Paper No. 169 at p. 6; Ex.1. The cost billed to print and reproduce the appellate brief is $778.64. *Id*. at Ex. 1, p. 5. Costs on appeal taxable in the district court are limited to: the preparation and transmission of the record; the reporter's transcript, if needed to determine the appeal; premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and the fee for filing the notice of appeal. *See* Fed. R. App. Proc. 39(e). Costs for production of the appellate briefs are not taxable in this Court unless the Fourth Circuit's mandate issues before costs requested in that court are resolved and the circuit clerk requests that the statement of those costs be added to the mandate. *See* F.R.A.P. 39(d)(3). This has not occurred here. The requested cost of $778.64 is denied. The transcript cost for the September 19, 2005, motions hearing, totaling $48.14 for a 58-page transcript, is granted.

**Conclusion**

In accordance with the foregoing costs requested by defendants are awarded in the **total amount of $ 3,141.84**. A copy of this Order shall be docketed and mailed to counsel.

**DATED** this 29 day of January, 2008.

Felicia C. Cannon
Clerk of Court